UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FRANCISCO MERINO OJEDA,<br><br>                  Petitioner,<br>   v.<br>TERRY ROYAL,<br><br>                  Respondents. | Case No. 3:25-cv-00019-ART-CLB<br><br>ORDER |

Petitioner moves for an extension of time to file his amended petition. (ECF No. 8.) The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

It is therefore ordered that Petitioner's unopposed first motion for enlargement of time (ECF No. 8) is granted. Petitioner has until September 18, 2025, to file his amended petition.

DATED THIS 13th day of June, 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1