UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FRANCISCO MERINO OJEDA,<br><br>                        Petitioner,<br>        v.<br><br>TERRY ROYAL,<br><br>                        Respondents. | Case No. 3:25-cv-00019-ART-CLB<br><br>ORDER |

Petitioner Francisco Merino Ojeda moves for an extension of time to file his amended petition as well as an extension of time to file his opposition to Respondents' motion to dismiss. (ECF Nos. 10, 23.) Respondents filed a motion to extend time to file their response to Ojeda's amended petition. (ECF No. 16.) The Court finds the requests are made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motions.

It is therefore ordered that Petitioner's unopposed second motion for enlargement of time (ECF No. 10) is granted *nunc pro tunc*.

It is further ordered that Respondents' first motion for enlargement of time (ECF No. 16) is granted *nunc pro tunc*.

It is further ordered that Petitioner's unopposed first motion for enlargement of time (ECF No. 23) is granted. Petitioner has until June 15, 2026, to file his opposition to Respondents' motion to dismiss.

DATED THIS 22nd day of April, 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1